IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

       Defendant.

**Consolidated with:**

Civil Action No. 12-cv-02137-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

WENDY J. CABREARA,

       Intervenor-Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

       Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES**

---

THIS MATTER comes before the Court on the Unopposed Motion to Consolidate Cases (Motion) **(#157)** filed August 24, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this matter is consolidated with Civil Action No. 12-cv-02137-MSK.  It is

**FURTHER ORDERED** that Magistrate Judge Michael E. Hegarty shall preside over both matters.

DATED this 31st day of August, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge